FILED

FEB 08 2018

Clerk, US District Court
District of Montana - Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ROCKY ROLLIN BETTIN,

Defendant.

CR 17-83-BLG-SPW

ORDER

Upon the Defendant's Unopposed Motion to File Defendant's Sentencing Memorandum out of Time (Doc. 35), and good cause being shown,

IT IS HEREBY ORDERED that Defendant's Motion is **GRANTED**. The Sentencing Memorandum of Defendant shall be filed out of time.

IT IS FURTHER ORDERED that responses to sentencing memoranda shall be filed on or before **February 12, 2018**.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 7th day of February, 2018.

Susan P. Watters
SUSAN P. WATTERS
U.S. DISTRICT JUDGE